# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131158

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                       SC: 131158
                                       COA: 268375
                                       Wayne CC: 04-011167-01

LARRY ANDREW SCHAEFER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                               _____

d0821                                          Clerk